James M. Monica, Esq. (JM-5228)
**KROLL HEINEMAN, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*



## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | Hon. Katharine S. Hayden |
| | Civil Action No. 10-2382 |
| Petitioners, | **CIVIL ACTION** |
| v. | **JUDGMENT** |
| INNOVATIVE MASONRY, | |
| Respondent. | |

**THIS MATTER** having come before the Court by Kroll Heineman, LLC (James M. Monica, Esq., appearing) pursuant to a Petition to Confirm Arbitration Award; the Court having fully and thoroughly considered the moving papers, and no opposition having been filed; and a decision having been duly rendered by this Court;

**IT IS** on this 7th day of June 2010,

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent Innovative Masonry, the sum of $6,471.91.

_____
Judge, United States District Court